## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-20441-CR-SMITH

**UNITED STATES OF AMERICA**

vs.

**GARIBALDO PAULINO,**

      **Defendant.**
_____/

### **FACTUAL PROFFER**

The United States Attorney's Office for the Southern District of Florida and GARIBALDO PAULINO ("PAULINO") agree that had this case gone to trial that the United States would have proven beyond a reasonable doubt, amongst other things, that:

Beginning on an unknown date and continuing through on or about July 3, 2019, in Broward and Miami-Dade Counties, and elsewhere, PAULINO did knowingly and willfully conspire with Luis Carlos Melendez, Joel Moreno Rosario, Gregorio Martinez, Rafael Gracesqui, and Francisco Morel, and with other persons to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

On or about February 4, 2019, law enforcement observed the Motor Vessel Seahunter (hereinafter the "Target Vessel") arrive at the Hall of Fame Marina located at 435 Seabreeze Blvd., Fort Lauderdale, Florida. Upon arrival, one of the Target Vessel's three crew members completed a dockage agreement with the marina.

According to dockage receipts associated with the Target Vessel's February 4, 2019 arrival, an individual named "Rafael," who listed a series of telephone numbers associated with the Dominican Republic on the paperwork, served as the Target Vessel's master when the Target Vessel arrived at the marina. Records checks on the listed telephone numbers indicated that one




of those phone numbers had been listed on a U.S. visa application for co-defendant Rafael Gracesqui.

According to information provided by marina staff interviewed by law enforcement officers, on May 21, 2019, one of the same individuals that met with marina staff in February 2019, returned to the marina and explained that he would be moving the Target Vessel to a marina near Aventura on the weekend of June 1, 2019.

On June 13, 2019, co-defendant Moreno arrived in the U.S. at Miami International Airport from the Dominican Republic. Travel records indicated that co-defendant Moreno was travelling with co-defendant Gracesqui. During routine immigration questioning, Moreno told U.S. Customs and Border Protection officers that he travelled to the U.S. with Gracesqui to check the condition of the Target Vessel. Moreno also told officers that Gracesqui was to serve as the captain of the Target Vessel. According to Moreno, if the Target Vessel was ready for sea, Morneo and Gracesqui intended to crew the Target Vessel from the U.S. back to the Dominican Republic.

On June 15, 2019, law enforcement officers conducting surveillance on the Target Vessel determined that it departed Hall of Fame Marina and confirmed on June 16, 2019, that the Target Vessel was moored at the Miami Beach Marina in Miami Beach, Florida. Law enforcement officers continued to monitor the Target Vessel and learned that the following day the Target Vessel departed the marina. Thereafter, later on June 17, 2019, the Target Vessel was observed refueling in Nassau, Bahamas.

The Target Vessel was tracked as it moved in international waters to an area off the coast of the Dominican Republic. The Target Vessel remained in that general area for approximately nineteen hours before eventually heading back towards Miami, Florida.

2

On July 3, 2019, the Target Vessel was observed heading towards Fort Lauderdale and later entering Hillsboro inlet and continuing through the Fort Lauderdale Intercostal Waterway ("ICW") southbound. For the next two hours, the Target Vessel appeared to be conducting counter-surveillance maneuvers, going in and out of various inlets. The vessel then docked on 1611 S.E. 8th Street, Fort Lauderdale, Florida, where law enforcement officers established surveillance. Several individuals could be seen entering and exiting the Target Vessel numerous times. At approximately 9:00 p.m., agents decided to approach the Target Vessel and house and, in moving toward the Target Vessel and house, loudly announced their presence, including the use of flashing lights, sirens and uniformed officers. Upon hearing the sirens, and seeing flashing lights and police presence, several individuals were observed fleeing.

Three individuals were detained inside the Target Vessel: PAULINO and co-defendants Luis Carlos Melendez and Gregorio Martinez. Martinez was detained attempting to jump into the water. PAULINO was hiding inside one of the boat's bedrooms, while Melendez was in detained in the common area of the boat. During the search of the vessel approximately 421 kilograms of bricks with what appeared to be cocaine were found inside the Target Vessel. Most of the bricks were inside duffle bags and coolers in the common area. Notably, approximately 50 bricks of what appeared to be cocaine were found spread out on the floor, in plain sight, of the common area. Co-defendants Moreno and Francisco Morel were both were found inside the house, while Gracesqui was found hiding under a vehicle.



3

A field test was conducted of the bricks and tested positive for cocaine.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10/24/19   By: _____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

Date: 10/24/19   By: _____
JOAQUIN PEREZ
ATTORNEY FOR GARIBALDO PAULINO

Date: 10-24-19   By: _____
GARIBALDO PAULINO
DEFENDANT

4